UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:22-cv-23988-DPG

RENZO BARBERI,

    Plaintiff,
v.

MANNY'S AUTO SERVICE INC, and
ABUNDANCE PROPERTIES LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RENZO BARBERI, and Defendants, MANNY'S AUTO SERVICE INC, and ABUNDANCE PROPERTIES LLC, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these Defendants.

Respectfully submitted this March 23, 2023.

| | |
|---|---|
| /s/ *Ronald E. Stern* | /s/ *Anthony J. Perez* |
| RONALD E. STERN, ESQ. | ANTHONY J. PEREZ, ESQ. |
| Florida Bar No. 10089 | Florida Bar No.: 535451 |
| THE ADVOCACY LAW FIRM | GARCIA-MENOCAL & PEREZ, P.L. |
| 1835 E Hallandale Beach Blvd. | 350 Sevilla Avenue, Suite 200 |
| Hallandale Beach, FL 33009 | Coral Gables, Fl 33134 |
| Telephone: 954-639-7016 | Telephone: (305) 553- 3464 |
| Email : ronsternlaw@gmail.com | Email: ajperez@lawgmp.com |
| Counsel for Plaintiff | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 23, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ